ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                )
                                            )
Engineering & Environment, Inc.             )     ASBCA No. 61738
                                            )
Under Contract No. FA3002-10-C-0050         )

APPEARANCE FOR THE APPELLANT:        Dr. Surendera Kumar
                                       President

APPEARANCES FOR THE GOVERNMENT:      Jeffrey P. Hildebrant, Esq.
                                       Air Force Deputy Chief Trial Attorney
                                     Maj George Matthew, USAF
                                     Colby L. Sullins, Esq.
                                       Trial Attorneys

## ORDER OF DISMISSAL

The appeal has been withdrawn. The appeal is dismissed with prejudice.

Dated: January 2, 2019

                                     TERRENCE S. HARTMAN
                                     Administrative Judge
                                     Armed Services Board
                                     of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA No. 61738, Appeal of Engineering &
Environment, Inc., rendered in conformance with the Board's Charter.

Dated:

                                     JEFFREY D. GARDIN
                                     Recorder, Armed Services
                                     Board of Contract Appeals